IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Michael E Carey        BK NO. 23-02191 MJC

Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Towd Point Mortgage Trust 2020-1, U.S. Bank National Association, as Indenture Trustee and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
29 Sep 2023, 17:18:48, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Case 4:23-bk-02191-MJC    Doc 11    Filed 10/03/23    Entered 10/03/23 15:32:29    Desc
Main Document     Page 1 of 1
Document ID: b5dd2dfb6a563d201391b45f73b92eb1b65a2f4eef48fa29c379b3372cf3a49c