<u>**LOCAL BANKRUPTCY FORM 1007-1(c)**</u>

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE:**
Michael E Carey

**CHAPTER** 13

**CASE NO.** 4 - 23 -bk- 02191

**Debtor(s)**

**CERTIFICATION OF NO PAYMENT ADVICES
pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)**

I, Michael E Carey , hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment.** I further certify that I received *no payment advices during that period because:*

☐ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

[4] My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

☐ *I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.*

☐ I did not receive payment advices due to factors other than those listed above. (Please explain)

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

DATE: 9-29-2023

Michael E Carey
Debtor

_____
Joint Debtor

Case 4:23-bk-02191-MJC   Doc 13   Filed 10/05/23   Entered 10/05/23 12:41:49   Desc
Main Document   Page 1 of 2

Payrolls by Paychex, Inc.

IRISH PUB & INN INC  
164 St. James Place  
Atlantic City NJ 08401

0025-5344  
CRG41600 Sen er-ho  
st/ess  
EE ID: 289

DATE 08/04/2023  
CHECK NO. 47717

PAY TO THE ORDER OF

MICHAEL E CAREY  
147 ST JAMES PLACE  
ATLANTIC CITY NJ 08401

**$268.70**  
AMOUNT

TWO HUNDRED SIXTY EIGHT AND 70/100 .................................................. DOLLARS

Bank of America

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

⑆000004771⑆ ⑈021200339⑈ 20150338469⑈

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE