## LOCAL BANKRUPTCY FORM 1007-1(c)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**
Michael E Carey                                    :        **CHAPTER** __13__

                                                   :

                                                   :        **CASE NO.** _4_ - _23_ -**bk-** _02191_

                                                   :

                                                   :

                **Debtor(s)**            :

CLERK, US COURT, PUNE
FILED 23 OCT 10 OCT PM 10:40

## CERTIFICATION OF NO PAYMENT ADVICES
### pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

I, _Michael E Carey_ , hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment.** I further certify that I received *no payment advices during that period because:*

☐  I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐  I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☑  My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

☐  I have been *unemployed throughout the sixty (60) days immediately preceding the date* of the above-captioned petition.

☐  I did not receive payment advices due to factors other than those listed above. (Please explain)

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

DATE: _____9-29-2023_____

Michael E Carey
_____
Debtor

_____
Joint Debtor