# PERSONAL AND CHECK INFORMATION

[...]ael [...]arey
St James Place
[...]tic City, NJ 08401
Soc#: xxx-xx-xxxx   **Employee ID:** 289

[...]ne Department: 1600 Server-hostess

Period: 07/24/23 to 07/30/23   **Check #:** 47717
Check Date: 08/04/23

## NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| [...] | 268.70 | 1870.30 |
| **NET PAY** | 268.70 | 1870.30 |

## EARNINGS

| DESCRIPTION | BASIS OF PAY | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| Regular | | 20.0000 | 5.2600 | 105.20 | 259.0000 | 2462.95 |
| Regular | | 18.0000 | 14.1300 | 254.34 | | |
| **Total Hours** | | 38.0000 | | | 259.0000 | |
| **Gross Earnings** | | | | 359.54 | | 2462.95 |
| **Total Hrs Worked** | | 38.0000 | | | | |
| Tip Credit | | 20.0000 | 8.8700 | 177.40 | | |

## OTHER ITEMS
*Do not increase Net Pay*

| DESCRIPTION | | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| Tips | | | | 180.00 | | 1118.00 |

## WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 33.45 | 222.02 |
| Medicare | | 7.82 | 51.92 |
| Fed Income Tax | S 1 | 38.48 | 245.86 |
| NJ Income Tax | SMCU 1 | 8.48 | 55.48 |
| NJ Disability | | 0.32 | 2.15 |
| NJ Unemploy | | 2.06 | 13.69 |
| NJ EE Work Dev | | 0.23 | 1.53 |
| **TOTAL** | | 90.84 | 592.65 |



## PERSONAL AND CHECK INFORMATION

Michael E Carey
147 James Place
Atlantic City, NJ 08401
Soc Sec #: xxx-xx-xxxx  Employee ID: 289

Home Department: 1600 Server-hostess

Pay Period: 07/31/23 to 08/06/23
Check Date: 08/11/23   Check #: 47748

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 266.48 | 2136.78 |
| NET PAY | 266.48 | 2136.78 |

### EARNINGS

| | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | 20.0000 | 52800 | 105.20 | 297.0000 | 2822.49 |
| | | Regular | 18.0000 | 14.1300 | 254.34 | | |
| | | **Total Hours** | 38.0000 | | | 297.0000 | |
| | | **Gross Earnings** | | | 359.54 | | 2822.49 |
| | | **Total Hrs Worked** | 38.0000 | | | | |
| | | Tip Credit | 20.0000 | 8.8700 | 177.40 | | |

### OTHER ITEMS
*Do not increase Net Pay*

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Tips | 190.00 | 1308.00 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 34.07 | 256.09 |
| Medicare | | 7.97 | 59.89 |
| Fed Income Tax | S 1 | 39.68 | 285.54 |
| NJ Income Tax | SMCU 1 | 8.68 | 64.16 |
| NJ Disability | | 0.33 | 2.48 |
| NJ Unemploy | | 2.10 | 15.79 |
| NJ EE Work Dev | | 0.23 | 1.76 |
| **TOTAL** | | 93.06 | 685.71 |

## PERSONAL AND CHECK INFORMATION

Michael E Carey
147 St James Place
Atlantic City, NJ 08401
Soc Sec #: xxx-xx-xxxx    Employee ID: 289

Home Department: 1600 Server-hostess

Pay Period: 08/07/23 to 08/13/23
Check Date: 08/18/23    Check #: 47779

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 265.58 | 2402.36 |
| NET PAY | 265.58 | 2402.36 |

## EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 22.0000 | 5.2600 | 115.72 | | 3192.55 |
| | Regular | 18.0000 | 14.1300 | 254.34 | | |
| | **Total Hours** | 40.0000 | | | 337.0000 | |
| | **Gross Earnings** | | | 370.06 | | 3192.55 |
| | **Total Hrs Worked** | 40.0000 | | | 337.0000 | |
| | Tip Credit | 22.0000 | 8.8700 | 195.14 | | |

### OTHER ITEMS
*Do not increase Net Pay*

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Tips | 231.00 | 1539.00 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 37.27 | 293.36 |
| Medicare | | 8.72 | 68.61 |
| Fed Income Tax | S 1 | 45.86 | 331.40 |
| NJ Income Tax | SMCU 1 | 9.71 | 73.87 |
| NJ Disability | | 0.36 | 2.84 |
| NJ Unemploy | | 2.30 | 18.09 |
| NJ EE Work Dev | | 0.26 | 2.02 |
| **TOTAL** | | 104.48 | 790.19 |



# PERSONAL AND CHECK INFORMATION

Michael E Carey
47 St James Place
Atlantic City, NJ 08401
Soc Sec #: xxx-xx-xxxx    Employee ID: 289

Home Department: 1600 Server-hostess

Pay Period: 08/14/23 to 08/20/23    Check #: 47809
Check Date: 08/25/23

## NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 263.17 | 2665.53 |
| NET PAY | 263.17 | 2665.53 |

## EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 22.0000 | 5.2600 | 115.72 | 377.0000 | 3562.61 |
| | Regular | 18.0000 | 14.1300 | 254.34 | | |
| **Total Hours** | | 40.0000 | | | | |
| **Gross Earnings** | | | | 370.06 | 377.0000 | 3562.61 |
| **Total Hrs Worked** | | 22.0000 | 8.8700 | 195.14 | | |
| Tip Credit | | | | | | |

## OTHER ITEMS
Do not increase Net Pay

| DESCRIPTION | | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| Tips | | | | 242.00 | | 1781.00 |

## WITHHOLDING

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| GS | | | |
| Social Security | | 37.94 | 331.30 |
| Medicare | | 8.87 | 77.48 |
| Fed Income Tax | S 1 | 47.18 | 378.58 |
| NJ Income Tax | SMCU 1 | 9.93 | 83.80 |
| NJ Disability | | 0.37 | 3.21 |
| NJ Unemploy | | 2.34 | 20.43 |
| NJ EE Work Dev | | 0.26 | 2.28 |
| **TOTAL** | | 106.89 | 897.08 |



## PERSONAL AND CHECK INFORMATION

Michael E Carey
17 St James Place
Atlantic City, NJ 08401
Soc Sec #: xxx-xx-xxxx    Employee ID: 289
Home Department: 1600 Server-hostess

Pay Period: 08/21/23 to 08/27/23
Check Date: 09/01/23    Check #: 47837

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 253.25 | 2918.78 |
| NET PAY | 253.25 | 2918.78 |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 20.0000 | 5.2600 | 105.20 | 414.0000 | 3908.02 |
| | Regular | 17.0000 | 14.1300 | 240.21 | | |
| | **Total Hours** | 37.0000 | | | 414.0000 | |
| | **Gross Earnings** | | | 345.41 | | 3908.02 |
| | **Total Hrs Worked** | 37.0000 | | | | |
| | Tip Credit | 20.0000 | 8.8700 | 177.40 | | |

### OTHER ITEMS
*Do not increase Net Pay*

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Tips | 200.00 | 1981.00 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 33.82 | 365.12 |
| Medicare | | 7.91 | 85.39 |
| Fed Income Tax | S 1 | 39.18 | 417.76 |
| NJ Income Tax | SMCU 1 | 8.60 | 92.40 |
| NJ Disability | | 0.33 | 3.54 |
| NJ Unemploy | | 2.09 | 22.52 |
| NJ EE Work Dev | | 0.23 | 2.51 |
| **TOTAL** | | 92.16 | 989.24 |



# PERSONAL AND CHECK INFORMATION

Michael E Carey
1470 St James Place
Atlantic City, NJ 08401
Soc Sec #: xxx-xx-xxxx   Employee ID: 289

Home Department: 1600 Server-hostess

Pay Period: 08/28/23 to 09/03/23
Check Date: 09/08/23   Check #: 47886

## NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 253.81 | 3172.59 |
| NET PAY | 253.81 | 3172.59 |

## EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 23.0000 | 5.2600 | 120.98 | | |
| | Regular | 17.0000 | 14.1300 | 240.21 | | |
| | **Total Hours** | **40.0000** | | | 454.0000 | 4269.21 |
| | **Gross Earnings** | | | 361.19 | | |
| | **Total Hrs Worked** | 40.0000 | | | 454.0000 | |
| | Tip Credit | 23.0000 | 8.8700 | 204.01 | | 4269.21 |

## OTHER ITEMS
Do not increase Net Pay

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Tips | 253.00 | 2234.00 |

## WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 38.08 | 403.20 |
| Medicare | | 8.91 | 94.30 |
| Fed Income Tax | S 1 | 47.43 | 465.19 |
| NJ Income Tax | SMCU 1 | 9.98 | 102.38 |
| NJ Disability | | 0.37 | 3.91 |
| NJ Unemploy | | 2.35 | 24.87 |
| NJ EE Work Dev | | 0.26 | 2.77 |
| **TOTAL** | | **107.38** | **1096.62** |



## PERSONAL AND CHECK INFORMATION

Michael E Carey
147 S James Place
Atlantic City, NJ 08401
Employee ID: 289

Home Department: 1600 Server-hostess

Pay Period: 09/04/23 to 09/10/23
Check Date: 09/15/23  Check #: 47909

## EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 24.0000 | 5.2600 | 126.24 | 478.0000 | 4395.45 |
| | **Total Hours** | 24.0000 | | | 478.0000 | |
| | **Total Hrs Worked** | 24.0000 | | | | |
| | **Gross Earnings** | | | 126.24 | | 4395.45 |
| | Tip Credit | 24.0000 | 8.8700 | 212.88 | | |

## OTHER ITEMS
*Do not increase Net Pay*

| DESCRIPTION | | | | CURRENT ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| Tips | | | | 240.00 | | 2474.00 |

## WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 22.71 | 425.91 |
| Medicare | | 5.31 | 99.61 |
| Fed Income Tax | S 1 | 18.26 | 483.45 |
| NJ Income Tax | SMCU 1 | 5.21 | 107.59 |
| NJ Disability | | 0.22 | 4.13 |
| NJ Unemploy | | 1.40 | 26.27 |
| NJ EE Work Dev | | 0.16 | 2.93 |
| **TOTAL** | | 53.27 | 1149.89 |

## NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 72.97 | 3245.56 |
| **NET PAY** | **72.97** | **3245.56** |



# PERSONAL AND CHECK INFORMATION

Michael E Carey
47 St James Place
Atlantic City, NJ 08401
Employee ID: 289

Home Department: 1600 Server-hostess

Pay Period: 09/11/23 to 09/17/23
Check Date: 09/22/23   Check #: 47934

# EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD | YTD ($) |
|---|---|---|---|---|---|---|
| PAY | Regular | 38.0000 | 52600 | 199.88 | 516.0000 | 4595.33 |
| | **Total Hours** | **38.0000** | | | | |
| | **Total Hrs Worked** | **38.0000** | | | | |
| | Gross Earnings | | | 199.88 | | 4595.33 |
| | Tip Credit | 38.0000 | 88700 | 337.06 | | |

## OTHER ITEMS
*Do not increase Net Pay*

| DESCRIPTION | | | | CURRENT ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| Tips | | | | 456.00 | | 2930.00 |

## WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 40.66 | 466.57 |
| Medicare | | 9.51 | 109.12 |
| Fed Income Tax | S 1 | 52.44 | 535.89 |
| NJ Income Tax | SMCU 1 | 10.81 | 118.40 |
| NJ Disability | | 0.39 | 4.52 |
| NJ Unemploy | | 2.51 | 28.78 |
| NJ EE Work Dev | | 0.28 | 3.21 |
| **TOTAL** | | **116.60** | **1266.49** |

## NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 83.28 | 3328.84 |
| **NET PAY** | **83.28** | **3328.84** |