# Matrix of Creditors of Michael E Carey 23-2191



## Secured Creditors:

1. US Bank NA as Indenture Trustee of Towd Point Mortgage Trust 2020-1, c/o SPS (Select Portfolio Servicing, Inc), PO Box 65250, Salt Lake City, UT, 84865

## Others to be Notified:

2. SPS (Select Portfolio Servicing, Inc), PO Box 65250, Salt Lake City, UT, 84165
3. Towd Point Mortgage Trust 2020-1, 900 3rd Avenue, Suite 50, New York, NY, 10022
4. KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA, 19106

## Unsecured Creditors:

1. Capital One NA by American InfoSource as Agent, 4515 North Santa Fe Avenue, Oklahoma City, OK, 73118
2. Merrick Bank, PO Box 9201, Bethpage, NY, 11804