**FORM C**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF:
Michael E Carey )
)  Chapter: 13
)
)  Case Number: 4:23-bk-02191- MJC
)
DEBTOR(S) )

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on 11/12/2023, I served a copy of _____ on the following parties in this matter:

| Name and Address | Mode of Service |
|---|---|
| US Bank NA as Indenture Trustee of Towd Point Mortgage Trust-2020-1 c/o Select Portfolio Servicing Inc, P.O. Box 65250, Saslt Lake City, UT 84865 | regular mail |
| KML Law Group, PC, 701 Market Street Suite 5000, Philadelphia, PA 19106 | regular mail |
| Capital One NA, by American InfoSource as Agent, 4515 North Santa Fee Avenue, Oklahoma City, OK, 73118 | regular mail |
| Merrick Bank, P.O. Box 9201, Bethpage, NY 11804 | regular mail |
| JACK N ZAHAROPOULOS ESQ STANDING CHAPTER 13 TRUSTEE 8125 ADAMS DRIVE HUMMELSTOWN, PA 17036 | regular mail |
|  |  |

I certify under penalty of perjury that the foregoing is true and correct.

Date: 1/12/2023

Name: s/ Michael E Carey
*Printed Name of Attorney*
Address: 150 Big Pine Lane
Jersey Shore, PA 17740

Revised: 03/22/05