**FORM C**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

FILED
Wilkes Barre, PA

DEC 11 2023

Clerk,
US Bankruptcy Court

IN THE MATTER OF:
Michael E Carey

)
) Chapter: 13
)
) Case Number: 4:23-bk-02191
)
DEBTOR(S) )

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on 12/4/2023, I served a copy of amended schedules ad matrix of creditors amend ch 13 Plan _____ on the following parties in this matter:

| Name and Address | Mode of Service |
|---|---|
| 1. US Bank NA as Indenture Trustee of the Towd Point Mortgage Trust 2020-1 c/o Select Portfolio Servicing Inc, PO Box 65250, Salt Lake City UT 84865 | regular mail |
| 2. KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA, 19106 | regular mal |
| 3. Select Portfolio Servicing Inc, PO Box 65250 Salt Lake City, UT, 84165<br>4. Towd Point Mortgage Trust 2020-1, 900 3rd Avenue, Suite 50, New York, NY, 10022 and 5. Towd Point Mortgage Trust 2020-1 c/o Select Portfolio Servicing Inc, PO Box 65250, Salt Lake City, UT, 84165 | regular mail<br>regular mail<br>regular mail |
| 6. Capital One NA by American InfoSource as Agent, 4515 North Santa fe Avenue, Oklahoma City, OK, 73118 | regular mail |
| 7. Merrick Bank, PO Box 9201 Bethpage, NY, 11804 | reular mail |
|  |  |
|  |  |

I certify under penalty of perjury that the foregoing is true and correct.

Date: 12/5/2023        Name: s/ *[signature]*
                                  Printed Name of Attorney
                       Address: Michael E Carey

                       150 Big Pine Lane, Jersey Shore, PA, 17740

Revised: 03/22/05

# CERTIFICATE OF SERVICE

I, __MICHAEL E CAREY__ (name), certify that service of this summons and a copy of the complaint was made __ON 11/27/2023__ (date) by:

___ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

___ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

___ Residence Service: By leaving the process with the following adult at:

__X__ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:
__TOWD POINT MORTGAGE TRUST 2020-1 c/o SELECT PORTFOLIO SERVICING, INC 3217 S DECKER LAKE DRIVE, SALT LAKE CITY, UT 84119 P.O. BOX 65250 TRACKING NUMBER 9589 0710 5270 0709 7752 44__

___ Publication: The defendant was served as follows: [Describe briefly]:
__SEE ENVELOPE SNAPSHOT__

___ State Law: The defendant was served pursuant to the laws of the State of ____, as follows: [Describe briefly]:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: __12/5/2023__  Signature: __Michael E Carey__

Printed Name of Attorney:
__MICHAEL E CAREY__

Business Address:
__150 BIG PINE LANE__
__JERSEY SHORE, PA, 17740__

# CERTIFICATE OF SERVICE

I, MICHAEL E CAREY _____ (name), certify that service of this summons and a copy of the complaint was made 11/27/2023 (date) by:

__ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

__ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

__ Residence Service: By leaving the process with the following adult at:

X Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at: US BANK N.A. AS INDENTURE TRUSTEE c/o SELECT PORTFOLIO SERVICING, INC, 3217 S DECKER LAKE DRIVE, P.O. BOX 65250 SALT LAKE CITY, UT 84119 TRACKING NUMBER
__ Publication: The defendant was served as follows: [Describe briefly]: 9589 0710 5270 0709 7752 44
SEE ENVELOPE SCREENSHOT

__ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 12/5/2023   Signature: Michael E Carey

Printed Name of Attorney:

MICHAEL E CAREY

Business Address:

150 BIG PINE LANE

JERSEY SHORE, PA, 17740

# CERTIFICATE OF SERVICE

I, MICHAEL E CAREY _____ (name), certify that service of this summons and a copy of the complaint was made 11/27/2023 (date) by:

___ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

___ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

___ Residence Service: By leaving the process with the following adult at:

_X_ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:
SELECT PORTFOLIO SERVICING, INC 3217 S DECKER LAKE DRIVE, P.O. BOX 65250 SALT LAKE CITY, UT 84119 TRACKING NUMBER 9589 0710 5270 0709 7752 44 SEE ENVELOPE SNAPSHOT

___ Publication: The defendant was served as follows: [Describe briefly]:

___ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 10/5/2023      Signature: Michael E Carey

Printed Name of Attorney:

MICHAEL E CAREY

Business Address:

150 BIG PINE LANE

JERSEY SHORE, PA, 17740

# CERTIFICATE OF SERVICE

I, MICHAEL E CAREY (name), certify that service of this summons and a copy of the complaint was made 11/27/2023 (date) by:

__ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

__ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

__ Residence Service: By leaving the process with the following adult at:

X Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:
KML LAW GROUP PA 701 MARKET STREET SUITE 5000 PHILADELPHIA, PA, 19106 TRACKING NUMBER 9589 0710 5270 0709 7752 37 SEE ENVELOPE SNAPSHOT

__ Publication: The defendant was served as follows: [Describe briefly]:

__ State Law: The defendant was served pursuant to the laws of the State of ____, as follows: [Describe briefly]:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 12/5/2023    Signature: Michael E Carey

Printed Name of Attorney:
MICHAEL E CAREY

Business Address:
150 BIG PINE LANE
JERSEY SHORE, PA, 17740

# USPS Tracking®

Remove ✕

**Tracking Number:**

## 9589071052700709775237

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 9:20 am on November 30, 2023 in PHILADELPHIA, PA 19106.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**

PHILADELPHIA, PA 19106
November 30, 2023, 9:20 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**    ⌄

**USPS Tracking Plus®**    ⌄

**Product Information**    ⌄

See Less ︿

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052700709775244

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item has been delivered and is available at a PO Box at 8:25 am on December 4, 2023 in SALT LAKE CITY, UT 84115.

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

### Delivered
**Delivered, PO Box**
SALT LAKE CITY, UT 84115
December 4, 2023, 8:25 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**    ∨

**USPS Tracking Plus®**    ∨

**Product Information**    ∨

See Less ∧

Track Another Package

Enter tracking or barcode numbers



U.S. POSTAGE PAID
FCM LETTER
ATLANTIC CITY, NJ 08401
NOV 27, 2023
$6.25
R2305K138996-19

Retail
RDC 99

Pond Point Mortgage Trust 2020-1 AND ITS
Indenture Trustee US Bank N.A. A/K/A SELECT
Portfolio Servicing Inc c/o
Portfolio Servicing, Inc
P.O. Box 65250
Salt Lake City, UT 84165-0250

CERTIFIED MAIL

[Return address, handwritten, upside down:]
[illegible] Lane
[illegible], PA 17746

U.S. POSTAGE PAID
FCM LETTER
ATLANTIC CITY, NJ 08401
NOV 27, 2023
$5.25
R2305K138996-19

Retail
RDC 99
19106

KML Law Group PC
701 Market Street
Suite 5000
Philadelphia, PA 19106

Michael Carey
150 Big Pine Lane
Jersey Shore, PA, 17740-6985

9589 0710 5270 0709 7752 44

Towd Point Mortgage Trust 2020-1 AND US
Indenture Trustee US Bank N.A A/KD Select
Portfolio Servicing Inc c/o
Portfolio Servicing, Inc
P.O. Box 65250
Salt Lake City, UT, 84165-0250

Michael Carey
150 Big Pine Lane
South Jersey, PA, 17740

9589 0710 5270 0709 7752 37

KML Law Group, PC
701 Market Street
Suite 5000
Philadelphia, PA, 19106

```
                UNITED STATES
                POSTAL SERVICE.

                ATLANTIC CITY
            1801 ATLANTIC AVE STE 101
            ATLANTIC CITY, NJ 08401-9998
                  (800)275-8777
11/27/2023                        09:44 AM
------------------------------------------
Product              Qty    Unit      Price
                            Price
------------------------------------------
First-Class Mail®     1               $0.90
Letter
    Philadelphia, PA 19106
    Weight: 0 lb 1.10 oz
    Estimated Delivery Date
        Wed 11/29/2023
    Certified Mail®                   $4.35
        Tracking #:
        9589 0710 5270 0709 7752 37
Total                                 $5.25

First-Class Mail®     1               $0.90
Letter
    Salt Lake City, UT 84165
    Weight: 0 lb 1.20 oz
    Estimated Delivery Date
        Sat 12/02/2023
    Certified Mail®                   $4.35
        Tracking #:
        9589 0710 5270 0709 7752 44
Total                                 $5.25

------------------------------------------
Grand Total:                         $10.50
------------------------------------------
Cash                                 $10.50
------------------------------------------

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
             1-800-222-1811.

             Preview your Mail
             Track your Packages
             Sign up for FREE @
        https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
         Thank you for your business.

         Tell us about your experience.
      Go to: https://postalexperience.com/Pos
      or scan this code with your mobile device.
```



or call 1-800-410-7420.





# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael E Carey
**Debtor(s)**

Michael E Carey
**Plaintiff(s)**

vs.

Towd Point Mortgage Trust 2020-1, US Bank, NA as Indenture Select Portfolio Servicing, Inc.
**Defendant(s)**

Chapter 13

Case No. 4:23-bk-02191-MJC

Adversary No. 4:23-ap-00073-MJC

## Summons

TOWD POINT MORTGAGE TRUST 2020-1

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court no later than December 21, 2023, except that the United States and its offices and agencies shall file a motion or answer to the complaint no later than December 26, 2023.

### Address of Clerk
197 S Main St, Wilkes-Barre, PA 18701 OR
1501 N. 6th Street, Harrisburg, PA 17102

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

### Name and Address of Plaintiff's Attorney
Michael E Carey
150 Big Pine Lane
Jersey Shore, PA 17740

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



s/Terrence S. Miller

Terrence S. Miller
Clerk, U.S. Bankruptcy Court
197 S Main St
Wilkes-Barre, PA 18701
or
228 Walnut St, Rm 320
Harrisburg, PA 17101-1737

Dated: November 21, 2023

Summons (Form summons) (06/23)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael E Carey
**Debtor(s)**

Michael E Carey
**Plaintiff(s)**

vs.

Towd Point Mortgage Trust 2020-1, US Bank, NA as Indenture Select Portfolio Servicing, Inc.
**Defendant(s)**

Chapter 13

Case No. 4:23-bk-02191-MJC

Adversary No. 4:23-ap-00073-MJC

## Summons

US BANK N A AS INDENTURE TRUSTEE

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court no later than December 21, 2023, except that the United States and its offices and agencies shall file a motion or answer to the complaint no later than December 26, 2023.

**Address of Clerk**
197 S Main St, Wilkes-Barre, PA 18701 OR
1501 N. 6th Street, Harrisburg, PA 17102

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of
Plaintiff's Attorney**
Michael E Carey
150 Big Pine Lane
Jersey Shore, PA 17740

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



s/Terrence S. Miller

Terrence S. Miller
Clerk, U.S. Bankruptcy Court
197 S Main St
Wilkes-Barre, PA 18701
or
228 Walnut St, Rm 320
Harrisburg, PA 17101-1737

Dated: November 21, 2023

Summons (Form summons) (06/23)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael E Carey
**Debtor(s)**

Michael E Carey
**Plaintiff(s)**

vs.

Towd Point Mortgage Trust 2020-1, US Bank, NA as Indenture Select Portfolio Servicing, Inc.
**Defendant(s)**

Chapter 13

Case No. 4:23-bk-02191-MJC

Adversary No. 4:23-ap-00073-MJC

## Summons

SELECT PORTFOLIO SERVICING, INC

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court no later than December 21, 2023, except that the United States and its offices and agencies shall file a motion or answer to the complaint no later than December 26, 2023.

**Address of Clerk**
197 S Main St, Wilkes-Barre, PA 18701 OR
1501 N. 6th Street, Harrisburg, PA 17102

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of
Plaintiff's Attorney**
Michael E Carey
150 Big Pine Lane
Jersey Shore, PA 17740

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



s/Terrence S. Miller

---
Terrence S. Miller
Clerk, U.S. Bankruptcy Court
197 S Main St
Wilkes-Barre, PA 18701
or
228 Walnut St, Rm 320
Harrisburg, PA 17101-1737

Dated: November 21, 2023

Summons (Form summons) (06/23)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael E Carey
**Debtor(s)**

Michael E Carey
**Plaintiff(s)**

vs.

Towd Point Mortgage Trust 2020-1, US Bank, NA as Indenture Select Portfolio Servicing, Inc.
**Defendant(s)**

Chapter 13

Case No. 4:23-bk-02191-MJC

Adversary No. 4:23-ap-00073-MJC

## Summons

*KML LAW GROUP PA*

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court no later than December 21, 2023, except that the United States and its offices and agencies shall file a motion or answer to the complaint no later than December 26, 2023.

**Address of Clerk**
197 S Main St, Wilkes-Barre, PA 18701 OR
1501 N. 6th Street, Harrisburg, PA 17102

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of
Plaintiff's Attorney**
Michael E Carey
150 Big Pine Lane
Jersey Shore, PA 17740

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



s/Terrence S. Miller

Terrence S. Miller
Clerk, U.S. Bankruptcy Court
197 S Main St
Wilkes-Barre, PA 18701
or
228 Walnut St, Rm 320
Harrisburg, PA 17101-1737

Dated: November 21, 2023

Summons (Form summons) (06/23)

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS** MICHAEL E. CAREY | **DEFENDANTS** TOWN POINT MORTGAGE TRUST 2020-1, US BANK, N.A. AS INDENTURE TRUSTEE, SELECT PORTFOLIO SERVICING, INC. |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) | **ATTORNEYS** (If Known) KHL LAW GROUP, P.C., 701 MARKET STREET, SUITE 5000 PHILADELPHIA, PA 19106, 866-413-2311 |
| **PARTY** (Check One Box Only) ☑ Debtor ☐ U.S. Trustee/Bankruptcy Admin ☐ Creditor ☐ Other ☐ Trustee | **PARTY** (Check One Box Only) ☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin ☑ Creditor ☐ Other ☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
NO CAUSE OF ACTION LEGAL STANDING AS A CREDITOR, NOT PROVIDING ACCOUNTING AND IN VIOLATION OF UCC 3-501, IRS VIOLATION WHEN THE ASSETS WERE DEPOSITED INTO THE TRUST YEARS LATER AND AFTER THE TRUST CLOSING DATE

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☑ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 0 |

**Other Relief Sought**
DECLARATORY JUDGMENT, ORDERS US DEFENDANT TO PROVIDE PROOF OF LEGAL STANDING COLLECTING ON A DEBT AND FILE LEGAL PLEADINGS DISCOVERY NECESSARY

Michael E Carey
150 Big Pine Lane
Jersey Shore, PA, 17740
570-974-1227


**UNITED STATES BANKUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

-------------------------------------------------------X

IN RE:                                    Case Number: **23-02191**

MICHAEL E CAREY,

        Debtor                       Judge: Hon. Mark J Conway

-------------------------------------------------------X

MICHAEL E CAREY,

        Plaintiff,                    Adversary Case No._____

vs.

TOWD POINT MORTGAGE TRUST 2020-1,
US BANK NATIONAL ASSOCIATION AS
INDENTURE TRUSTEE, SELECT PORTFOLIO      **VERIFIED COMPLAINT**
SERVICING, INC.,

        Defendants.

-------------------------------------------------------X


Plaintiff Michael E Carey states the following to be true:

*Parties:*

Plaintiff Michael E Carey is residing at 150 Big Pine Lane, Jersey Shore, PA, 17740, phone number 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.

1

Defendant Towd Point Mortgage Trust 2020-1 is the alleged secured creditor residing and doing business in the State of Delaware. The entity is using the servicers address 3217 S Decker Lake Drive, Salt Lake City, UT, 84119. The entity can be reached by phone on 1-800-258-8602.

Defendant US Bank National Association as Indenture Trustee residing and doing business in the State of Delaware. The entity is using the servicers address 3217 S Decker Lake Drive, Salt Lake City, UT, 84119. The entity can be reached by phone on 1-800-258-8602.

Defendant Select Portfolio Inc is the servicer of the alleged loan and is residing and doing business in the State of Utah. The entity is using the address 3217 S Decker Lake Drive, Salt Lake City, UT, 84119 or P.O. Box 65450, Salt Lake City, UT, 84165-0450. The entity can be reached by phone on 1-800-258-8602.

Introduction:

The Plaintiff Michael E Carey herewith challenges the alleged creditor's legal standing and cause of action to collect on a debt or file pleadings in this court. The reasons are simple. With certified letter to all three above-named defendants, plaintiff requested fully accounting for the alleged loan from the beginning the alleged loan was given. Moreover, Plaintiff requested under UCC 3-501 for the inspection of the original note and the original security instrument. Additionally, certain laws were violated when the loan documents allegedly were executed. It appears also that this loan is a predatory loan. Further the Trust cannot own the loan in question because the Assignment was made in 2023 and the Trust's Closing Date was in 2020. Further since the alleged loan was given the principal

2

FORM C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:
Michael E Carey

)
) Chapter: 13
)
) Case Number: 4:23-bk-02191
)
DEBTOR(S) )

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on 12/4/2023, I served a copy of amended schedules ad matrix of creditors amend ch 13 Plan on the following parties in this matter:

| Name and Address | Mode of Service |
|---|---|
| 1. US Bank NA as Indenture Trustee of the Towd Point Mortgage Trust 2020-1 c/o Select Portfolio Servicing Inc, PO Box 65250, Salt Lake City UT 84865<br>2. KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA, 19106 | regular mail<br><br>regular mal |
| 3. Select Portfolio Servicing Inc, PO Box 65250 Salt Lake City, UT, 84165<br>4. Towd Point Mortgage Trust 2020-1, 900 3rd Avenue, Suite 50, New York, NY, 10022 and 5. Towd Point Mortgage Trust 2020-1 c/o Select Portfolio Servicing Inc, PO Box 65250, Salt Lake City, UT, 84165 | regular mail<br>regular mail<br>regular mail |
| 6. Capital One NA by American InfoSource as Agent, 4515 North Santa fe Avenue, Oklahoma City, OK, 73118<br><br>7. Merrick Bank, PO Box 9201 Bethpage, NY, 11804 | regular mail<br><br>reular mail |
|  |  |
|  |  |

I certify under penalty of perjury that the foregoing is true and correct.

Date: 12/5/2023

Name: s/ Michael E Carey
Printed Name of Attorney
Address: Michael E Carey

150 Big Pine Lane, Jersey Shore, PA, 17740

Revised: 03/22/05