UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAMSPORT DIVISION

IN RE:  CASE NO.: 4:23-bk-02191-MJC
CHAPTER 13

Michael E Carey,
    Debtor.

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of TOWD POINT MORTGAGE TRUST 2020-1, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Authorized Agent for Secured Creditor
    13010 Morris Rd., Suite 450
    Alpharetta, GA 30004
    Telephone: 470-321-7112

    By: /s/Michelle L. McGowan, Esq.
        Michelle L. McGowan, Esq.
        Email: mimcgowan@raslg.com

# CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on January 26, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MICHAEL E CAREY
150 BIG PINE LANE
JERSEY SHORE, PA 17740

And via electronic mail to:

JACK N ZAHAROPOULOS
STANDING CHAPTER 13
(TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
US COURTHOUSE
1501 N. 6TH ST
HARRISBURG, PA 17102

                                                By: /s/ Amanda Nelson