United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-02191-MJC |
| Michael E Carey | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-4 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Feb 01, 2024 | Form ID: ortext | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael E Carey, 150 Big Pine Lane, Jersey Shore, PA 17740-6985 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor Towd Point Mortgage Trust 2020-1 U.S. Bank National Association, as Indenture Trustee mfarrington@kmllawgroup.com |
| Michelle McGowan | on behalf of Defendant Towd Point Mortgage Trust 2020-1 U.S. Bank National Association, as Indenture Trustee mimcgowan@raslg.com |
| Michelle McGowan | on behalf of Creditor Towd Point Mortgage Trust 2020-1 mimcgowan@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael E Carey        Chapter: 13

**Debtor 1**        Case number: 4:23−bk−02191−MJC

# ORDER

Order − After a hearing held on 02/01/2024 on the Debtor's Second Amended Plan 36 and Trustee's Objection 42, IT IS HEREBY ORDERED that the Objection of the Trustee is SUSTAINED and the Debtor is directed to file a Third Amended Plan within thirty (30) days as discussed in Open Court and serve the plan on the list of creditors in this case. IT IS SO ORDERED on 02/01/2024. /s/ Mark J. Conway. (RE: related document(s)[44]). (Ratchford, Patricia)

Order Text Entries (Form ortext) (2/19)