UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL E. CAREY : CHAPTER 13
     Debtor :
 :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
     Movant :
 :
     vs. :
 :
MICHAEL E. CAREY :
     Respondent : CASE NO. 4-23-bk-02191

## TRUSTEE'S OBJECTION TO THIRD AMENDED CHAPTER 13 PLAN

    AND NOW, this 29th day of February, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

    1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

      a. The plan is underfunded relative to claims to be paid. More specifically, the plan does not say what the "total base plan" amount is.
      b. Plan ambiguous – term. More specifically, the plan does not specify an end date for payments.

    WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

      a. Deny confirmation of debtor(s) plan.
      b. Dismiss or convert debtor(s) case.
      c. Provide such other relief as is equitable and just.

                          Respectfully submitted:

                          Jack N. Zaharopoulos
                          Standing Chapter 13 Trustee
                          8125 Adams Drive, Suite A
                          Hummelstown, PA 17036
                          (717) 566-6097

            BY:    /s/Agatha R. McHale
                          Attorney for Trustee

# CERTIFICATE OF SERVICE

       AND NOW, this   29th   day of February, 2024, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Michael Carey
150 Big Pine Lane
Jersey Shore, PA   17740

    /s/Deborah A. DePalma
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee