FORM C

FILED '24 MAR 14 PM1:43
CLERK, US COURT; PAMB

IN THE MATTER OF:

MICHAEL E CAREY )
)
)
)
)
DEBTOR(S) )

Chapter: 13

Case Number: 4:23-bk-02191-MJC

CORRECTED — **CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on 2-26-2024 AND 3-10-2024, I served a copy of
3RD AMENDED CH 13 PLAN (COMPLETE LIST) on
the following parties in this matter:

| Name and Address | Mode of Service |
|---|---|
| 1. JACK N ZAHARCULOS, ESQ CH 13 STAND. TRUSTEE 8125 ADAMS DRIVE SUITE A HUMMELSTOWN PA 17036 | REGULAR MAIL (2-26-24) |
| 2. KML LAW GROUP PC, 701 MARKET STREET SUITE 5000 PHILADELPHIA, PA 19106 | REGULAR MAIL (2-26-24) |
| 3. ROBERTSON ANSHUTZ SCHNIED, CRANE & PARTNERS, PLLC, 13010 MORRIS ROAD, SUITE 450, ALPHARETTA, GA, 30004 | REGULAR MAIL (2-26-24) |
| 4. US BANK NA AS INDENTURE TRUSTEE OF THE TOWD POINT MORTGAGE TRUST 2020-1 c/o SELECT PORTFOLIO SERVICING INC, P.O. BOX 65250, SALT LAKE CITY UT 84850 | REGULAR MAIL (3-10-24) |
| 5. SELECT PORTFOLIO SERVICING INC, P.O. BOX 65250 SALT LAKE CITY UT 84250 | REGULAR MAIL (3-10-24) |
| 6. TOWD POINT MORTGAGE TRUST 2020-1 c/o SELECT PORTFOLIO SERVICING INC PO BOX 65250, SALT LAKE CITY UT 84850 AND 400 BROADWAY, SUITE 50 NEW YORK NY 10022 | REGULAR MAIL (3-10-24) REGULAR MAIL (3-10-24) |
| 7. CAPITAL ONE NA BY AMERICAN INFOSOURCE AS AGENT, 4515 NORTH SANTA FE AVE, OKLAHOMA CITY OK 73118 | REGULAR MAIL (2-26-24) |
| 8. MERRICK BANK P.O. BOX 9201 BETHPAGE, NY 11804 | REGULAR MAIL (2-26-24) |
| | |

I certify under penalty of perjury that the foregoing is true and correct.

Date: 3-10-2024

Name: s/ _Michael C Carey_

Printed Name of Attorney MICHAEL E CAREY

Address: 180 BIG PINE LANE

JERSEY SHORE, PA 17740

Revised: 03/22/05