# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     MICHAEL E CAREY

                    Debtor(s)                      CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE                      CASE NO: 4-23-02191-MJC
                    Movant
vs.
MICHAEL E CAREY

                    Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on May 10, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1.   An Amended Plan was filed on February 28, 2024.

2.   A hearing was held and an Order was entered on April 25, 2024 directing that an amended plan be filed within fourteen (14) days.

3.   As of the date of this Motion, an amended plan has not been filed.

4.   The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                      Respectfully submitted,

                      /s/   Agatha R. McHale, Esquire
                      Id:   47613
                      Attorney for Movant
                      Jack N. Zaharopoulos
                      Standing Chapter 13 Trustee
                      Suite A, 8125 Adams Drive
                      Hummelstown, PA   17036
                      Phone:   717-566-6097
                      email: amchale@pamd13trustee.com

IN RE:    MICHAEL E CAREY

                        Debtor(s)
                                                            CHAPTER 13

          JACK N. ZAHAROPOULOS
          CHAPTER 13 TRUSTEE
                        Movant
                                                            CASE NO: 4-23-02191-MJC

          MICHAEL E CAREY

                        Respondent(s)


## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

U.S. Bankruptcy Court                          Date:   June 6, 2024
Max Rosenn U.S. Courthouse
Courtroom #2                                   Time:   10:00 AM
197 S. Main Street
Wilkes Barre, PA   18701


Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Date:   May 10, 2024                    /s/   Agatha R. McHale, Esquire
                                        Id:   47613
                                        Attorney for Trustee
                                        Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee
                                        Suite A, 8125 Adams Dr.
                                        Hummelstown, PA   17036
                                        Phone:   (717) 566-6097
                                        email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   MICHAEL E CAREY

                     Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
                Movant

vs.
MICHAEL E CAREY

            Respondent(s)

CHAPTER 13

CASE NO: 4-23-02191-MJC

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 10, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served electronically


UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by 1st Class Mail
MICHAEL E CAREY
150 BIG PINE LANE
JERSEY SHORE, PA 17740

I certify under penalty of perjury that the foregoing is true and correct.

Date:   May 10, 2024

           /s/ Vickie Williams
           Office of Standing Chapter 13 Trustee
           Jack N. Zaharopoulos
           Suite A, 8125 Adams Dr.
           Hummelstown, PA   17036
           Phone:   (717) 566-6097
           email: info@pamd13trustee.com

IN RE:   MICHAEL E CAREY

                        Debtor(s)

JACK N. ZAHAROPOULOS                          CHAPTER 13
CHAPTER 13 TRUSTEE
                        Movant

MICHAEL E CAREY
                                              CASE NO: 4-23-02191-MJC

                        Respondent(s)


**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.   The Court retains jurisdiction to rule on any timely filed fee application.