Michael E Carey
150 Big Pine Lane
Jersey Shore, PA, 17740
570-974-1227




# UNITED STATES BANKUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

-----------------------------------------------------------------x

IN RE:                                            Case Number: **23-02191**

MICHAEL E CAREY,

             Debtor                          Judge: Hon. Mark J Conway

-----------------------------------------------------------------x


## DEBTOR MICHAEL E CAREY CERTIFICATION AND REQUEST FOR EXTENSION OF TIME OF 14 DAYS TO FILE THE 4TH CHAPTER 13 PLAN


Plaintiff Michael E Carey states that due to family, legal, reorganizational, and administrative reasons the undersigned needs an additional 14 days for filing the 4th Chapter 13 Plan.

The undersigned prays that the Court agrees with Debtor's request. The Debtor thanks the Court and the US Trustee for their understanding and cooperation.

Respectfully Submitted

Dated: May 6, 2024

*Michael E Carey*

Michael E Carey

1

# Certificate of Service

I Michael E Carey mailed on May 6, 2024, the foregoing request for extension of time to file the 4th Chapter 13 Plan by USPS regular mail to:

1. Jack N Zaharopoulos, Esq, Chapter 13 Standing Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA, 17036
2. Robertson Anschutz Schmied Crane & Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA, 30004
3. KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106
4. US Bank NA as Indenture Trustee of the Towd Point Mortgage Trust 2020-1 c/o Select Portfolio Servicing, Inc, PO Box 65250, Salt Lake City, UT, 84856
5. Select Portfolio Servicing, Inc, PO Box 65250, Salt Lake City, UT, 84856
6. Towd Point Mortgage Trust 2020-1 c/o Select Portfolio Servicing, Inc, PO Box 65250, Salt Lake City, UT, 84856
7. Capital One NA by American Info Source as agent 4515 North Santa Fee Avenue, Oklahoma City, OK, 73118
8. Merrick Bank, PO Bo 9201, Bethpage, NY, 11804

Respectfully Submitted

Dated: May 6, 2024

Michael E Carey

2