Michael E Carey
150 Big Pine Lane
Jersey Shore, PA 17740
570-974-1227

RCVD '24 JUN 17 PM 3:41
CLERK, US COURT, PAMB

June 11, 2024

FILED
**June 17, 2024**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

To:

United States Bankruptcy Court
Honorable Judge Mark J Conway
197 South Main Street
Room 274
Wilkes-Barre, PA, 18701

**Re: Permission to file suit vs Federal Reserve, FDIC, Towd Point Mortgage Trust 2020-1 and its Trustee and its Servicer to collect insurance money from a non-existing Loan-Note violating fiduciary duties.**

Dear Honorable Judge Conway,

Since September 2023 I requested from the Servicer SPS, US Bank NA and Towd Point Mortgage Trust 2020-1 pursuant to UCC 3-501 the inspection of the original Note and original Mortgage and original contract.

To this date the above-named parties never furnished for inspection the original documents, in addition to that fact it emerged that the above-named parties collected insurance money for the in default existing Home Equity Line of Credit in the amount of $39 K since 2014.

This case will be filed under the Whistleblower Act/False Claims Act in Federal Court in the State of New York or State of Utah under a case titled Information.

Please consider, that this suit is not related to the action here under the bankruptcy code and is not intended to request monetary gains for the undersigned but said suit could support certain facts already been discussed in this court or in the adversary proceeding.

If this Court wishes to grant or deny this request please contact me under the above-named address or phone number.

Respectfully Submitted

*/s/ Michael E Carey*
Michael E Carey