United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                                Case No. 23-02191-MJC
Michael E Carey                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4                                   User: AutoDocke                                       Page 1 of 2
Date Rcvd: Jun 24, 2024                          Form ID: ntcnfhrg                                  Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael E Carey, 150 Big Pine Lane, Jersey Shore, PA 17740-6985 |
| 5568414 | | Select Portfolo Servicing, Inc., P.O. Box, Salt Lake City, UT, 84165-0250 |
| 5579324 | + | Towd Point Mortgage Trust 2020-1, 900 3rd Avenue, Suite 50, New York, NY 10022-4728 |
| 5568413 | | US Bank N.A. as Indenture Trustee of, the Towd Point Mortgage Trust 2020-1, c/o Select Portfolio Servicing, Inc., P.O. Box, Salt Lake City, UT, 84165-0250 |
| 5579322 | + | US Bank NA as Indenture Trustee of Towd Point Mort, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Jun 24 2024 18:46:00 | Towd Point Mortgage Trust 2020-1, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 5577225 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 24 2024 18:55:45 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5579326 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 24 2024 18:55:05 | Capital One NA by American lnfoSource as Agent, 4515 North Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 5579325 | ^ | MEBN | Jun 24 2024 18:40:23 | KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5578514 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 24 2024 18:55:48 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5579327 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 24 2024 18:55:00 | Merrick Bank, PO Box 9201, Bethpage, NY 11804-9001 |
| 5579323 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 24 2024 18:46:00 | SPS (Select Portfolio Servicing, Inc), PO Box 65250, Salt lake City, UT 84165-0250 |
| 5592088 | + | Email/Text: RASEBN@raslg.com | Jun 24 2024 18:46:00 | Towd Point Mortgage Trust 2020-1, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 5582244 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 24 2024 18:46:00 | Towd Point Mortgage Trust 2020-1, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Towd Point Mortgage Trust 2020-1 U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michelle McGowan | on behalf of Defendant Towd Point Mortgage Trust 2020-1 U.S. Bank National Association, as Indenture Trustee mimcgowan@raslg.com |
| Michelle McGowan | on behalf of Creditor Towd Point Mortgage Trust 2020-1 mimcgowan@raslg.com |
| Robert Shearer | on behalf of Defendant Towd Point Mortgage Trust 2020-1 U.S. Bank National Association, as Indenture Trustee rshearer@raslg.com |
| Robert Shearer | on behalf of Creditor Towd Point Mortgage Trust 2020-1 U.S. Bank National Association, as Indenture Trustee rshearer@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael E Carey,

**Debtor 1**

Chapter 13

Case No. 4:23−bk−02191−MJC

## Notice

The hearing on confirmation of the Amended Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**August 1, 2024** is the deadline for filing objections to confirmation of the Amended Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: August 8, 2024 Time: 10:00 AM |
|---|---|

A copy of the Amended Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** 197 S Main St, Wilkes−Barre, PA 18701 570−831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: DaneishaDunbarYancey, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 24, 2024 |

ntcnfhrg (08/21)