FILED
**July 31, 2024**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Harrisburg

Certificate Number: 14912-PAM-DE-038712377

Bankruptcy Case Number: 23-02191



14912-PAM-DE-038712377

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 29, 2024, at 1:00 o'clock PM EDT, Michael Carey completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 29, 2024

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor