United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                           Case No. 23-02191-MJC
Michael E Carey                                      Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4                              User: AutoDocke                              Page 1 of 2
Date Rcvd: Aug 08, 2024                      Form ID: ortext                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2024:**

**Recip ID**               **Recipient Name and Address**
db                   +   Michael E Carey, 150 Big Pine Lane, Jersey Shore, PA 17740-6985

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2024                             Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2024 at the address(es) listed below:

**Name**                           **Email Address**

Denise E. Carlon
                                on behalf of Creditor Towd Point Mortgage Trust 2020-1  U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
                                TWecf@pamd13trustee.com

Michelle McGowan
                                on behalf of Defendant Towd Point Mortgage Trust 2020-1  U.S. Bank National Association, as Indenture Trustee mimcgowan@raslg.com

Michelle McGowan
                                on behalf of Creditor Towd Point Mortgage Trust 2020-1 mimcgowan@raslg.com

Robert Shearer
                                on behalf of Defendant Towd Point Mortgage Trust 2020-1  U.S. Bank National Association, as Indenture Trustee rshearer@raslg.com

Robert Shearer
    on behalf of Creditor Towd Point Mortgage Trust 2020-1  U.S. Bank National Association, as Indenture Trustee rshearer@raslg.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael E Carey

**Debtor 1**

Chapter: 13

Case number: 4:23−bk−02191−MJC

# ORDER

Order Continuing hearing held on August 8, 2024 at 10:00am. (RE: related document(s)[92]). Hearing scheduled for 9/5/2024 at 10:00 AM at Max Rosenn US Courthouse, 197 South Main Street, Courtroom 2, Wilkes−Barre, PA 18701. IT IS SO ORDERED on 8/8/2024. /s/Mark J. Conway (Price, Lyndsey)

Order Text Entries (Form ortext) (2/19)