FORM C

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:
MICHAEL E CAREY

Chapter: 13

Case Number: 4:23-bk-2191-MJC

DEBTOR(S)

## CERTIFICATE OF SERVICE

FILED
September 9, 2024
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Harrisburg

I certify that I am more than 18 years of age and that on 09/06/2024, I served a copy of Order Confirming Amended Chapter 13 Plan dated 09/05/2024 as ordered by court on the following parties in this matter:

| Name and Address | Mode of Service |
|---|---|
| 1. Jack N Zaharopoulos, Esq, Chapter 13 Standing Trustee, 8125 Adams Drive, Suite A, Hummelstown, NJ, PA, 17036 | regular mail |
| 2. KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA, 19106 | regular mail |
| 3. Robertson Anschutz Schmied, Crane & Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA, 30004 | regular mail |
| 4. Merrick Bank, PO Box 9201, Bethpage, NY, 11804 | regular mail |
| 5. US Bank NA as Indenture Trustee of the Towd Point Mortgage Trust 2020-1, c/o Select Portfolio Servicing, Inc, PO Box 65250, Salt lake City, UT, 84856 | regular mail |
| 6. Capital One by America InfoSource as Agent, 4515 North Santa Fee Avenue, Oklahoma City, OK, 73118 | regular mail |
| 7. Select Portfolio Servicing, Inc, PO Box 65250 Salt lake City, UT, 84856 | regular mail |
| 8. Towd point Mortgage Trust 2020-1, c/o Select Portfolio Servicing, Inc, PO Box 65250, Salt Lake city, UT, 84856 | regular mail |
| 9. Towd Point Mortgage Trust 2020-1, 900 3rd Avenue, New York, NY, 10022 | regular mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: 09/06/2024     Name: s/ Michael E Carey
                     Printed Name of Attorney
                     Address: Michael E Carey
                     150 Big Pine Lane, Jersey Shore, PA, 17740

Revised: 03/22/05

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael E Carey,

**Debtor 1**

Chapter 13

Case No. 4:23-bk-02191-MJC

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on June 24, 2024. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: September 5, 2024

orcnfpln(05/18)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael E Carey,

**Debtor 1**

Chapter 13

Case No. 4:23-bk-02191-MJC

### Instructions for Serving Documents

You are required to serve the attached document and file a Certificate of Service that conforms with Local Rule 9013-3. Failure to file a Certificate of Service in a timely fashion may result in postponing the matter at issue.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>197 S Main St, Wilkes-Barre, PA 18701<br>570-831-2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 5, 2024 |

ntserv (05/22)