United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Michael E Carey

    Debtor

Case No. 23-02191-MJC

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 21, 2026 | Form ID: ntpscomp | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: careymichael156@gmail.com | May 21 2026 19:00:00 | Michael E Carey, 150 Big Pine Lane, Jersey Shore, PA 17740-6985 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor Towd Point Mortgage Trust 2020-1 U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Michelle McGowan | on behalf of Creditor Towd Point Mortgage Trust 2020-1 mimcgowan@raslg.com |
| Michelle McGowan | on behalf of Defendant Towd Point Mortgage Trust 2020-1 U.S. Bank National Association, as Indenture Trustee mimcgowan@raslg.com |
| Robert Shearer | |

on behalf of Creditor Towd Point Mortgage Trust 2020-1 U.S. Bank National Association, as Indenture Trustee
rshearer@raslg.com

Robert Shearer

on behalf of Defendant Towd Point Mortgage Trust 2020-1 U.S. Bank National Association, as Indenture Trustee
rshearer@raslg.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael E Carey,  Chapter  13

**Debtor 1**

Case No.  4:23−bk−02191−MJC

## Notice

NOTICE TO DEBTOR: The Trustee has determined that plan payments are completed. All wage attachments must be terminated. A discharge for eligible debtors will not be entered unless debtor complies with Local Bankruptcy Rule 3015−5 prior to the closing of the case. Certifications filed prior to this notice of completion of plan payments must be resubmitted.

| **Address of the Bankruptcy Clerk's Office:**<br>197 S Main St, Wilkes−Barre, PA 18701<br>570−831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: AutoDocketer, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 21, 2026 |

ntpscomp(05/18)