Fill in this information to identify the case:

Debtor 1    MICHAEL E CAREY

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   MIDDLE    District of   PA
                                                               (State)

Case number   23-02191

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made     12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

### Part 1:   Mortgage Information

**Name of claim holder:**   SELECT PORTFOLIO SERVICING, INC        **Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account:    2   9   3   7

**Property address:**     150 BIG PINE LANE
                        Number      Street

                        JERSEY SHORE,      PA     17740
                        City                  State      ZIP Code

### Part 2:   Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

### Part 3:   Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 15,150.09 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 15,150.09 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ |
| d. Total amount of arrearages disbursed by the trustee: | $ 15,150.09 |

## Part 4: Postpetition Payments

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ _____

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor
to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ _____

## Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/Donna Schott, Funds Manager      Date  5 / 27 / 2026
Signature

Trustee      Jack            N            Zaharopoulos
First Name         Middle Name       Last Name

Address     8125 Adams Drive, Suite A
Number              Street

Hummelstown                PA          17036
City                       State       ZIP Code

Contact phone  ( 717 ) 566 – 6097          Email info@pamd13trustee.com

Case 4:23-bk-02191-MJC   Doc 109   Filed 05/27/26   Entered 05/27/26 07:28:08   Desc
Main Document      Page 2 of 3

# Disbursements for Claim

**Case: 23-02191     MICHAEL E CAREY**

**SELECT PORTFOLIO SERVICING**
MC 240
P.O. BOX 65450
SALT LAKE CITY, UT   841(

Acct No: 2937 - PRE-ARREARS - Big Pin

ARREARS - 150 BIG PINE LANE

Sequence:  24
Modify:
Filed Date:
Hold Code:

|  | | |
|---|---|---|
| | Debt: $15,150.09 | Interest Paid: $0.00 |
| Amt Sched: $36,978.00 | | Accrued Int: $0.00 |
| Amt Due: $0.00 | Paid: $15,150.09 | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled DisbDescrp |
|---|---|---|---|---|---|---|---|---|
| **5200** | **SELECT PORTFOLIO SERVICING** | | | | | | | |
| 520-0 | SELECT PORTFOLIO SERVICING | | 11/19/2025 | 2053731 | $2,296.63 | $0.00 | $2,296.63 | 11/28/2025 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 10/10/2025 | 2052707 | $446.19 | $0.00 | $446.19 | 10/28/2025 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 09/16/2025 | 2051807 | $446.19 | $0.00 | $446.19 | 09/30/2025 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 07/22/2025 | 2049887 | $1,016.64 | $0.00 | $1,016.64 | 07/31/2025 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 06/17/2025 | 2048886 | $1,977.03 | $0.00 | $1,977.03 | 06/26/2025 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 05/14/2025 | 2047910 | $960.85 | $0.00 | $960.85 | 05/29/2025 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 04/14/2025 | 2046964 | $598.96 | $0.00 | $598.96 | 04/22/2025 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 03/18/2025 | 2046078 | $425.82 | $0.00 | $425.82 | 03/25/2025 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 01/15/2025 | 2044185 | $851.64 | $0.00 | $851.64 | 01/24/2025 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 11/19/2024 | 2042303 | $851.64 | $0.00 | $851.64 | 11/29/2024 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 10/23/2024 | 2041341 | $5,278.50 | $0.00 | $5,278.50 | 10/31/2024 |

Sub-totals: $15,150.09      $0.00  $15,150.09

Grand Total: $15,150.09     $0.00