United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 23-02191-MJC
Michael E Carey Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4 User: AutoDocke 
Date Rcvd: Sep 03, 2026 Form ID: fnldecnd Total Noticed: 14

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5568414 | | Select Portfolo Servicing, Inc., P.O. Box, Salt Lake City, UT, 84165-0250 |
| 5579324 | + | Towd Point Mortgage Trust 2020-1, 900 3rd Avenue, Suite 50, New York, NY 10022-4728 |
| 5568413 | | US Bank N.A. as Indenture Trustee of, the Towd Point Mortgage Trust 2020-1, c/o Select Portfolio Servicing, Inc., P.O. Box, Salt Lake City, UT, 84165-0250 |
| 5579322 | + | US Bank NA as Indenture Trustee of Towd Point Mort, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: careymichael156@gmail.com | Sep 03 2026 18:55:00 | Michael E Carey, 150 Big Pine Lane, Jersey Shore, PA 17740-6985 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 03 2026 18:55:00 | Towd Point Mortgage Trust 2020-1, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 5577225 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 03 2026 18:59:50 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5579326 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 03 2026 18:59:50 | Capital One NA by American lnfoSource as Agent, 4515 North Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 5579325 | ^ | MEBN | Sep 03 2026 18:51:29 | KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5578514 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 03 2026 18:59:55 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5579327 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 03 2026 18:59:50 | Merrick Bank, PO Box 9201, Bethpage, NY 11804-9001 |
| 5579323 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 03 2026 18:56:00 | SPS (Select Portfolio Servicing, Inc), PO Box 65250, Salt lake City, UT 84165-0250 |
| 5592088 | + | Email/Text: RASEBN@raslg.com | Sep 03 2026 18:55:00 | Towd Point Mortgage Trust 2020-1, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 5582244 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 03 2026 18:56:00 | Towd Point Mortgage Trust 2020-1, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Jordan Matthew Katz | on behalf of Creditor Towd Point Mortgage Trust 2020-1 U.S. Bank National Association, as Indenture Trustee jkatz@raslg.com |
| Matthew K. Fissel | on behalf of Creditor Towd Point Mortgage Trust 2020-1 U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Michelle McGowan | on behalf of Creditor Towd Point Mortgage Trust 2020-1 mimcgowan@raslg.com |
| Michelle McGowan | on behalf of Defendant Towd Point Mortgage Trust 2020-1 U.S. Bank National Association, as Indenture Trustee mimcgowan@raslg.com |
| Robert Shearer | on behalf of Defendant Towd Point Mortgage Trust 2020-1 U.S. Bank National Association, as Indenture Trustee rshearer@raslg.com |
| Robert Shearer | on behalf of Creditor Towd Point Mortgage Trust 2020-1 U.S. Bank National Association, as Indenture Trustee rshearer@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael E Carey,

**Debtor 1**

Chapter 13

Case No. 4:23−bk−02191−MJC

Social Security No.:
xxx−xx−3377

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Michael E Carey** in accordance with §1328 of the Bankruptcy Code.

By the Court,



Mark J. Conway, United States Bankruptcy Judge

Dated: September 3, 2026

**fnldec** (01/22)